### 11213. THOMPSON *v.* THE STATE.

BLOODWORTH, J. The special grounds of the motion for a new trial in this case are but amplifications of the general grounds; there is some evidence to support the verdict, which has the approval of the trial judge, and, under the uniform rulings of this court and of the Supreme Court, this court is powerless to interfere.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED APRIL 14, 1920.

Indictment for manufacture of liquor; from Randolph superior court — Judge Harrell presiding. November 11, 1919.

*Charles W. Worrill,* for plaintiff in error.

*B. T. Castellow, solicitor-general, R. R. Arnold,* contra.